UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN WOLSCHLAGER,

    Plaintiff,

v.   Case No. 1:17-CV-00033

THE LAW OFFICES OF   HON. ROBERT J. JONKER
MITCHELL D. BLUHM &
ASSOCIATES, LLC, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with Defendants' Rule 68 Offer of Judgment and Plaintiff's Acceptance of Defendants' Rule 68 Offer of Judgment (ECF No. 14),

JUDGMENT is entered in favor of Plaintiff, and against Defendants The Law Offices of Mitchell D. Bluhm & Associates, LLC, Capio Partners, LLC, and CP Medical LLC in the total lump sum amount of three thousand, five hundred and one and 00/100 Dollars ($3,501.00) for all claims, causes of action, costs and fees, including attorney fees, brought or which may have been brought by Plaintiff against the Defendants, The Law Offices of Mitchell D. Bluhm & Associates, LLC, Capio Partners, LLC, and CP Medical LLC , in the present case.

All putative class claims are **DISMISSED AS MOOT**.

Dated:   May 18, 2017            /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE