UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN WOLSCHLAGER,

       Plaintiff,

v.                                                                             Case No. 1:17-CV-00033

THE LAW OFFICES OF                                       HON. ROBERT J. JONKER
MITCHELL D. BLUHM &
ASSOCIATES, LLC, et al.,

       Defendants.
_____/

## AMENDED JUDGMENT

In accordance with Defendants' Rule 68 Offer of Judgment and Plaintiff's Acceptance of Defendants' Rule 68 Offer of Judgment (ECF No. 14),

JUDGMENT is entered in favor of Plaintiff, and against Defendants the Law Offices of Mitchell D. Bluhm & Associates, LLC, Capio Partners, LLC, and CP Medical LLC in the total lump sum amount of three thousand, five hundred and one and 00/100 Dollars ($3,501.00) for all claims and causes of action, brought or which may have been brought by Plaintiff against the Defendants, The Law Offices of Mitchell D. Bluhm & Associates, LLC, Capio Partners, LLC, and CP Medical LLC, in the present case. Plaintiff is further awarded costs accrued through February 8, 2017, and reasonable attorney's fees, as agreed upon by the parties, or, if the parties are unable to agree, in an amount to be determined by the Court on application by Plaintiff's counsel, in accordance with FED. R. CIV. P. 54(d)(2).

All putative class claims are **DISMISSED AS MOOT**.

Dated:   June 29, 2017                         /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE